[No. 55053-5-I.  Division One.  May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. A.D., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-03260-3, Suzanne M. Barnett, J., entered September 30, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Agid, JJ.

[No. 55168-0-I.  Division One.  May 1, 2006.]

CHUI MING CHAN, *Appellant,* v. VIVIEN K. CHANG ET AL., *Respondents,* ROBIN L. SELLS ET AL., *Defendants,* CORPORATIONS A-E ET AL., *Respondents,* GENESIS TECHNOLOGY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-33564-1, Ronald Kessler, J., entered September 10 and October 11, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 55223-6-I.  Division One.  May 1, 2006.]

WAREING SHIRE BREEDERS, *Appellant,* v. AMERICAN SHIRE HORSE ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-32413-4, Robert H. Alsdorf, J., entered November 12, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 55380-1-I.  Division One.  May 1, 2006.]

*In the Matter of the Personal Restraint of* DENIS P. MAHONY, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion by Cox, J., concurred in by Schindler, A.C.J., and Grosse, J.